

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 3:17-cr-200-J-20JRK
  18 U.S.C. § 2314

ANTONIO WALKER

## INFORMATION

The Acting United States Attorney charges:

### COUNT ONE

Beginning in or about July 2014, and continuing through in or about December 2014, at Jacksonville and elsewhere, in the Middle District of Florida,

ANTONIO WALKER

the defendant herein, did transport, transmit, and transfer in interstate or foreign commerce any goods, wares, merchandise, securities and money, that is, shipments of United Parcel Service (UPS) packages containing consumer electronics merchandise including Sprint telephones, of the value of $5,000 or more, knowing the same to have been stolen, converted and taken by fraud.

In violation of 18 U.S.C. § 2314.

## FORFEITURE

1. The allegations contained in Count One are incorporated by reference for the purpose of alleging forfeiture pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c).

2. Upon conviction of transportation of stolen goods in violation of 18 U.S.C. § 2314, the defendant, ANTONIO WALKER, shall forfeit to the United States, pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c), any property, real or personal, which constitutes or is derived from proceeds traceable to the offense.

3. If any of the property described above, as a result of any act or omission of the defendant:

   a. cannot be located upon the exercise of due diligence;
   b. has been transferred or sold to, or deposited with, a third party;
   c. has been placed beyond the jurisdiction of the court;
   d. has been substantially diminished in value; or
   e. has been commingled with other property which cannot be divided without difficulty,

the United States shall be entitled to forfeiture of substitute property pursuant to 21 U.S.C. § 853(p), as incorporated by 28 U.S.C. § 2461(c).

W. STEPHEN MULDROW
Acting United States Attorney

By: _____
JASON P. MEHTA
Assistant United States Attorney

By: _____
FRANK TALBOT
Assistant United States Attorney
Chief, Jacksonville Division